# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Mary Teager, et al. | Case No. 1:14-cv-07469 |
| Plaintiffs, | |
| v. | **NOTICE OF DISMISSAL** |
| Fidelis Recovery Management, LLC | |
| Defendant. | |

Now comes Plaintiff, by and through counsel, pursuant to Federal Rule of Civil Procedure 41(a), and hereby dismisses the present with prejudice. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Meier LLC

By: */s/ Richard J. Meier*
　　Richard J. Meier, Esq.
　　53 W. Jackson Blvd, Suite 304
　　Chicago, IL 60604
　　Tel: 312-242-1849
　　Fax: 312-242-1841
　　richard@meierllc.com
　　*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on January 15, 2015, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The following party was served via regular U.S. Mail:

Fidelis Recovery Management, LLC
c/o CT Corporation System
208 S. LaSalle Street, Suite 814
Chicago, IL 60604

*/s/ Richard J. Meier*